USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/20

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,
    Plaintiff,

        v.

ROBERT E. MILLER, INC., *et al*.,
    Defendants.

In Equity No. 20-315

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for

termination of the final judgment entered in the above-captioned case, and the Court having

considered all papers filed in connection with this motion, and the Court finding that it is

appropriate to terminate the final judgment, it is

    **ORDERED, ADJUDGED, AND DECREED:** That said final

judgment is hereby terminated.

The Clerk of Court is directed to close this case.

Dated: January 14, 2020

                        Gregory H. Woods
                        United States District Court Judge
                        Southern District of New York